# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| RE/MAX NORTH CENTRAL, INC., | Civil No. 09-2823 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| RMX TWIN PORTS, INC., *et al.*, | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Kevin Coan, **BARNES & THORNBURG LLP**, 100 South Fifth Street, Suite 1100, Minneapolis, MN 55402, for plaintiff.

R Thomas Torgerson, **HANFT FRIDE PA,** 130 West Superior Street, Suite 1000, Duluth, MN 55802, for defendants.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on May 13, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that all claims for relief herein may be, and the same hereby are, **DISMISSED WITH PREJUDICE** and without costs or any other relief to any party.

DATED: May 14, 2010
at Minneapolis, Minnesota.

                s/ John R. Tunheim
                JOHN R. TUNHEIM
               United States District Judge